IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACOB THOMAS EARLS                                                                          PLAINTIFF

V.                              NO. 3:13CV00192-JLH-BD

GERALD McCLUNG, et al.                                                                    DEFENDANTS

## ORDER

Jacob Thomas Earls, a pro se plaintiff, was granted leave to proceed *in forma pauperis* by Order of August 29, 2013, regarding his retaliation claim against Defendant Sheriff McClung. (Docket entry #3) In that Order, Mr. Earls was directed to file an Amended Complaint within 30 days explaining how the other named defendants violated his constitutional rights.

Mr. Earls is no longer incarcerated at the Cross County Detention Center as evidenced by mail returned to the Court as undeliverable on September 27, 2013. (#5) Mr. Earls has failed to inform the Court of his new address as required under the Court's local rules. He has also failed to file an Amended Complaint.

If Mr. Earls wants to continue with this lawsuit, he must provide notice of his new address to the Court and submit an Amended Complaint within fourteen (14) days. If he is no longer in jail, he must also submit an updated *in forma pauperis* application. The Clerk is directed to send a new *in forma pauperis* application along with this Order.

Mr. Earls is cautioned that if he fails to comply with this Order, this case may be dismissed under Local Rule 5.5(c)(2).

IT IS SO ORDERED this 9th day of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE