**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JACOB THOMAS EARLS                                                                    PLAINTIFF

v.                                        NO. 3:13CV00192-JLH-BD

GERALD McCLUNG, et al.                                                         DEFENDANTS

## <u>ORDER</u>

A Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has

been received, and no objections have been filed.  The Recommendation should be, and hereby is,

approved and adopted in all respects.

Plaintiff's claims are DISMISSED, without prejudice, under Local Rule 5.5.

IT IS SO ORDERED this 7th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE