## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JACOB THOMAS EARLS                                                                              PLAINTIFF

v.                                          NO. 3:13CV00192-JLH-BD

GERALD McCLUNG, et al.                                                                      DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of January, 2014.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE