IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACOB THOMAS EARLS                                                                                   PLAINTIFF

v.                                         NO. 3:13CV00192-JLH-BD

GERALD McCLUNG, et al.                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE